281-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
THE GREAT EASTERN SHIPPING
COMPANY LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE GREAT EASTERN SHIPPING COMPANY LIMITED,<br><br>                      Plaintiff,<br>-against-<br><br>CHINA NATIONAL UNITED OIL CORP a/k/a CHINAOIL a/k/a CHINA OIL a/k/a PETROCHINA INTERNATIONAL CO. LTD. and PETROCHINA INTERNATIONAL (SINGAPORE) PTE LTD. a/k/a CHINAOIL (SINGAPORE) INT'L PTE LTD,<br>                      Defendants. | 08 Civ _____ (____)<br><br>**RULE 7.1 STATEMENT** |

The Plaintiff, THE GREAT EASTERN SHIPPING COMPANY LIMITED, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       June 3, 2008

By:                           FREEHILL HOGAN & MAHAR, LLP
                                   Attorneys for Plaintiff
                                   THE GREAT EASTERN SHIPPING
                                   COMPANY LIMITED

                                   _____
                                   Michael E. Unger (MU 0045)
                                   80 Pine Street
                                   New York, NY 10005
                                   Telephone: (212) 425-1900

NYDOCS1/305579.1