USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

281-08/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
THE GREAT EASTERN SHIPPING
COMPANY LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE GREAT EASTERN SHIPPING
COMPANY LIMITED,
                      Plaintiff,

-against-

CHINA NATIONAL UNITED OIL CORP a/k/a
CHINAOIL a/k/a CHINA OIL a/k/a PETROCHINA
INTERNATIONAL CO. LTD. and PETROCHINA
INTERNATIONAL (SINGAPORE) PTE LTD.
a/k/a CHINAOIL (SINGAPORE) INT'L PTE LTD,

                      Defendants.
------------------------------------------------------------x

08 CV 5077 (WHP)

**NOTICE OF
VOLUNTARY DISMISSAL**

Defendants CHINA NATIONAL UNITED OIL CORP a/k/a CHINAOIL a/k/a CHINA OIL a/k/a PETROCHINA INTERNATIONAL CO. LTD. and PETROCHINA INTERNATIONAL (SINGAPORE) PTE LTD. a/k/a CHINAOIL (SINGAPORE) INT'L PTE LTD. not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff THE GREAT EASTERN SHIPPING COMPANY LIMITED provides its notice of voluntary discontinuance without prejudice of this action.

Dated: New York, New York
         June 12, 2008

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                THE GREAT EASTERN SHIPPING COMPANY LIMITED

                                By: _____
                                    Michael E. Unger (MU0045)
                                    80 Pine Street
                                    New York, NY 10005
                                    (212) 425-1900

**"SO ORDERED"**

_____
Hon. William H. Pauley, III, U.S.D.J.
6/16/08

NYDOCS1/306620.1